NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REINALDO CASTILLO, GONZALO PADRON MARINO, MAYDA ROTELLA, JULIA GARCIA, SHOPS ON FLAGER INC., JOSE F. DUMENIGO, DORA A. DUMENIGO, HUMBERTO J. DIAZ, JOSEFA MARCIA DIAZ, LUIS CRESPO, JOSE LUIS NAPOLE, GRACE BARSELLO NAPOLE, BERNARDO D. MANDULEY, NORMA A. MANDULEY, DANILO A. RODRIGUEZ, DORA RODRIGUEZ, AVIMAEL AREVALO, ODALYS AREVALO, DALIA ESPINOSA, DANIEL ESPINOSA, SOFIRA GONZALEZ, LOURDEZ RODRIGUEZ, ALBERTO PEREZ, MAYRA LOPEZ, NIRALDO HERNANDEZ PADRON, MERCEDES ALINA FALERO, LUISA PALENCIA, XIOMARA RODRIGUEZ, HUGO E. DIAZ, AND, CONCEPCION V. DIAZ, AS CO-TRUSTEES OF THE DIAZ FAMILY REVOCABLE TRUST, SOUTH AMERICAN TILE, LLC, GLADYS HERNANDEZ, NELSON MENENDEZ, JOSE MARTIN MARTINEZ, NORMA DEL SOCORRO GOMEZ, OSVALDO BORRAS, JR., LUIS R. SCHMIDT,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2019-1158

2                                          CASTILLO v. UNITED STATES

———————————

Appeal from the United States Court of Federal Claims in Nos. 1:16-cv-01624-MBH, 1:17-cv-01931-MBH, Senior Judge Marian Blank Horn.

———————————

**ON PETITION FOR PANEL REHEARING**

———————————

Before WALLACH, TARANTO, and CHEN, *Circuit Judges.*

PER CURIAM.

**O R D E R**

This court issued a precedential opinion in this case on February 20, 2020. *Castillo v. United States*, __ F.3d __, 2020 WL 827856 (Fed. Cir. 2020). On March 4, 2020, the government filed a petition for panel rehearing.

Accordingly,

IT IS ORDERED THAT:

1.  The petition for panel rehearing is granted for the limited purpose of substituting the attached revised opinion for the previously issued opinion.

2.  The previous precedential opinion and judgment, dated February 20, 2020, are hereby withdrawn and replaced with the modified precedential opinion and judgment attached to this order. The only changes from the previously issued opinion are a revision of the sentence now on page 4, lines 22–29, and deletion of a phrase on page 7, line 22.

FOR THE COURT

March 6, 2020                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court